No. 5054.* BOURBEAU *v.* LANCASTER. Super. Ct. Conn., Fairfield County. Certiorari denied.

No. 6375.* KAUFMAN *v.* CARTER. Ct. App. Cal., 2d App. Dist. Certiorari denied.

---

*For separate opinions of BLACK, J., and DOUGLAS, J., see No. 5048, *Meltzer* v. *LeCraw & Co.*, *supra.*